UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. V-04-113-02 |
| | § | |
| RAMIRO SALAICES ESTRADA, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL AND ORDER APPOINTING COUNSEL**

Defendant Estrada timely filed his notice of appeal from the judgment in this case. He was represented by retained counsel in the district court but has now moved for leave to proceed on appeal *in forma pauperis* and for appointment of counsel. A hearing was held Friday, July 15, 2005. Defendant was found to be indigent. Defendant's application for leave to proceed *in forma pauperis* is granted. Defendant's request for court appointed counsel is also granted. Attorney Irma Sanjines is appointed to represent defendant on appeal.

ORDERED this 15th day of July, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE